■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SANTIAGO, Appellant. [646 NYS2d 625] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered July 27, 1994, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

Absent the consent of the parties, the verdict sheet which the trial court submitted to the jury in this case was improper (*see,* CPL 310.30), and the record is insufficient to support the People's contention that the defendant impliedly consented to the verdict sheet. Under the circumstances, a new trial is required (*see, People v Damiano,* 87 NY2d 477).

We have considered the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Miller, Copertino and Krausman, JJ., concur.